AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

DIRECTV, Inc.

V.

David P. Barras

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

03-40255

TO: (Name and address of Defendant)

David P. Barras
367 Blackstone Street
Blackstone, MA 01504

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                             11-20-03

CLERK                                                    DATE

_Sherry Jones_
(By) DEPUTY CLERK



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

02/18/2004

I hereby certify and return that on 02/17/2004 at 05:20pm I served a true and attested copy of the Summons and Complaint, Civil Cover Sheet, Case Cover Sheet, Corporate Disclosure in this action in the following manner: To wit, by delivering in hand to DAVID P. BARRAS at 367 BLACKSTONE ST, BLACKSTONE, MA. Fees: Service 30.00, Travel 15.04, Conveyance 4.50, Attest 5.00 & Postage and Handling 1.00, Total fees: $55.54

Lt - Deputy Sheriff Joseph F Coggans Jr.

**Deputy Sheriff**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                          Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.